SOUTHWEST INVESTMENT
CO., INC., Plaintiff,

and

Federal Deposit Insurance Corporation
(as successor of the rights of First
Louisiana Federal Savings Bank),
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5004.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2003.

*ORDER*

Upon consideration of the Federal Deposit Insurance Corporation's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

Philip SOKOLICH, Plaintiff–Appellant,

v.

Marcia LEMAY, Defendant–Appellee.

No. 03–1597.

United States Court of Appeals,
Federal Circuit.

Oct. 16, 2003.

*ORDER*

Pursuant to this court's order of October 1, 2003, this appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia Circuit.

---

* We note that it is not the practice of this court to dismiss with or without prejudice.